Loretta Williams

3180 Ingleside Avenue

Macon, Georgia 31204

205-484-6685

In Pro Se

FILED '24 10 25 AM09:57 MDGA  C

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MIDDLE GEORGIA


Loretta M Williams                          )        Plaintiff

                                            )

Vs                                          )

Bibb County Sheriff Department and                                              )

Houston County Sheriff Department and et al.  )              Defendant

                                            )

                                            )

INTRODUCTION

T


## Jurisdiction and Venue

This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 because the claims arise under the Constitution and laws of the United States, specifically under 42 U.S.C. § 1983, which provides a remedy for the violation of civil rights. Plaintiff asserts that the Defendant's actions, as described herein, violated Plaintiff's rights under the Fourth Amendment and the Fourteenth Amendment to the United States Constitution.

Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to the claims occurred in this district Houston County, Georgia, and Defendant is located within this jurisdiction.


**FACTS**

On March 4th, I was arrested at my home located at 430 Waverly Lane, Macon, Georgia, by the Bibb County Sheriff's Department. During this arrest, the Houston County Sheriff's Department

conducted a search of my residence. During the search, both personal and real properties were seized by Houston County law enforcement.

I was detained for nearly three months in Houston County, having initially spent one night in the Bibb County Law Enforcement Center. Throughout this period, I was never indicted by either the Bibb or Houston County grand jury. My detention was against my will and lacked probable cause.

During my over two months of detention, the Houston County Superior Court ruled to dispose of my personal and real properties without establishing probable cause. Notably, out of 51 properties involved, only one was located in Houston County.

The charges from my one night in Bibb County were dropped almost immediately; however, I was subsequently arrested by Houston County law enforcement on a RICO warrant, which was issued without probable cause. The search of my home was unlawful, as it lacked a valid search warrant based on probable cause. The legal protections intended to safeguard my rights and properties failed to do so, resulting in violations of my Fourth and Fourteenth Amendment rights due to the absence of due process and lawful protection.

## Claims for Relief

**Violation of the Fourth Amendment**:

> Plaintiff alleges that the actions of the defendant constitute an unreasonable search and seizure in violation of the Fourth Amendment.

1. **Unlawful Search of Your Home**: The Fourth Amendment protects against unreasonable searches and seizures. For a search to be lawful, authorities generally need a valid search warrant supported by probable cause. If the Houston County Sheriff's Department searched mu home without a warrant, or if the warrant lacked proper justification (i.e., probable cause), this would be a clear violation.

2. **Unlawful Seizure of Property**: Seizing my personal and real property without probable cause or a valid legal basis is also a violation of the Fourth Amendment. Law enforcement seized my assets without a legitimate reason or without following proper legal procedures, they likely breached your constitutional rights.

3. **Unjustified Arrest**: The Fourth Amendment requires that arrests be based on probable cause. I was arrested without probable cause, the RICO warrant was issued without

sufficient legal grounds, this too is a violation. Arresting someone without probable cause is considered an unreasonable seizure under the Fourth Amendment.

4. **Prolonged Detention Without Charges**: While the Fourth Amendment primarily addresses searches and seizures, being detained for an extended period without being charged may also raise Fourth Amendment concerns, particularly when tied to an unlawful arrest or improper seizure of your person.

**Violation of the Fourteen Amendment:**

Plaintiff alleges that the actions of the defendant constitute an unreasonable search and seizure in violation of the Fourteenth Amendment

1. The actions taken against me violated my rights under the Fourteenth Amendment in several ways. First, my personal and real property was seized and disposed of by the Houston County Superior Court without any proof of probable cause. I was never given a fair chance to challenge this in court, which means my property was taken without following the due process I'm entitled to under the Constitution.

2. I was detained for nearly three months without ever being indicted by a grand jury, either in Bibb or Houston County. It felt like I was being held unjustly, without any real reason or formal charges. The prolonged detention robbed me of my liberty, and it happened without the proper legal procedures that should have been followed to protect me from this kind of arbitrary treatment.

3. I was arrested on a RICO warrant that was issued without probable cause, and to me, it was clear that this warrant had no solid foundation. Being arrested and imprisoned for such a long time on a baseless charge was not only frightening but also a direct violation of my right to due process under the Fourteenth Amendment.

Finally, it became clear that the legal protections that should have been in place to safeguard my rights and property were completely ignored. I felt helpless, as the very systems meant to protect me failed, leaving me stripped of my rights and my livelihood. I was denied the fair and equal treatment that everyone should expect under the law, as guaranteed by the Fourteenth Amendment."

**Remedy Requested**: *As a result of the violations of my Fourth and Fourteenth Amendment rights, I respectfully request the following relief from the court:*

1. **Return of Property or Compensation**: The immediate return of all seized real and personal property, or full compensation for the value of the properties.

   I request the immediate return of all real estate properties, personal property, and any assets seized during the unlawful search and seizure of my home. If any property has been sold or disposed of, I request full monetary compensation for the value of the properties, including the 53 real estate properties valued at over $1.5 million, as well as personal assets such as the 2021 BMW X7 and other personal items."

2. **Compensation for Wrongful Detention**: Monetary compensation for the emotional distress, loss of income, and harm caused by my wrongful detention.

   I request compensation for the three months of wrongful detention during which I was held without probable cause and without being indicted. This unlawful detention caused significant emotional distress, damage to my reputation, and loss of income. I seek compensation for these damages, including all lost wages and any other financial losses resulting from my imprisonment

3. **Punitive Damages**: An award of punitive damages against the responsible parties for the willful and unlawful violation of my constitutional rights.

   I seek punitive damages against the responsible parties for the blatant violations of my constitutional rights under the Fourth and Fourteenth Amendments, including the unlawful arrest, detention, and seizure of my property. This is necessary to hold them accountable and to prevent such violations from occurring to others."

4. **Legal Fees**: Reimbursement of all legal fees and court costs.

   I request that the court order the responsible parties to cover all of my legal fees and court costs incurred while defending myself against these unlawful actions."

5. **Declaratory and Injunctive Relief**: A declaratory judgment that the actions taken against me were unconstitutional and an injunction to prevent similar violations in the future.

   *I seek a declaratory judgment that the search, seizure, and detention were unconstitutional and an injunction to prevent any future violations of my constitutional rights by the parties involved."*